IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **GLORIA WILEY-AUSTIN**<br>**5406 15th Avenue**<br>**Hyattsville, Maryland 20785**<br><br>                              **Plaintiff,**<br>    vs.<br><br>**OUKPAMBLE AGBORE**<br>**208 Poplar Spring Road**<br>**Rockville, Maryland 20850**<br><br>**and**<br><br>**WASHINGTON METROPOLITAN**<br>**AREA TRANSIT AUTHORITY**<br>**300 Seventh Street, NW**<br>**Washington, D.C. 20024**<br><br>                              **Defendants.** | Civil Action No.:   8:22-cv-2162 |

NOTICE OF REMOVAL BY DEFENDANT
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA")

To the Judges of the United States District Court for the District of Maryland:

1. On or about July 18, 2022, Plaintiff filed this action in the Circuit Court of Maryland for Montgomery County, in the case titled Gloria Wiley-Austin v. Oukpamble Agbore and Washington Metropolitan Area Transit Authority, Case No. C-15-CV-002653.

2. Defendant WMATA received a copy of this lawsuit by certified mail on August 11, 2022.

3. The Writ of Summons, Receipt of Case and Assignment of Case Number, Scheduling Order, Order for Mandatory Pretrial Hearing, Scheduling Notice, Complaint and Civil Cover

Sheet served by the Plaintiff are attached as Exhibits A through G. These documents constitute the only process, pleadings, or orders received by Defendant WMATA in this case.

4. This case is a civil action over which the Court has original jurisdiction, pursuant to MD CODE ANN, Transportation Article, §10-204(81), which specifically grants original jurisdiction over suits against WMATA to the United States District Court.

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the Circuit Court of Maryland for Montgomery County be removed to this Court.

Date: August 25, 2022

>
> Respectfully submitted,
>
> WASHINGTON METROPOLITAN AREA
> TRANSIT AUTHORITY
> By counsel
>
>
> By:   /s/ Donna L. Gaffney
>       Donna L. Gaffney, #16299
>       Office of the General Counsel 7E
>       P.O. Box 44390
>       Washington, D.C. 20026-4390
>       (202) 962-2721
>       (202) 962-2550 (fax)
>       dlgaffney@wmata.com

## CERTIFICATE OF SERVICE

I hereby certify that, on August 26, 2022, a copy of the foregoing **Notice of Removal** was mailed to:

> Daniel G. Bastien, Esq.
> Christian, Ashin & Brown, P.C.
> 7305 Baltimore Avenue, Suite 305
> College Park, MD 20740
> *Attorney for Plaintiff*

and

    Oukpamble Agbore
    208 Poplar Spring Road
    Rockville, MD 20850

*/s/ Donna L. Gaffney*
Donna L. Gaffney