IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| GLORIA WILEY-AUSTIN<br>5406 15<sup>the</sup> Avenue<br>Hyattsville, MD 20785 | *<br><br>* |
| Plaintiff | * |
| vs. | * |
| OUKPAMBLE AGBORE<br>208 Poplar Spring Road<br>Rockville, MD 20850 | *<br><br>* |
| And | * |
| WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>SERVE: OFFICE OF RISK MGMT<br>d/b/a/ Metro Access<br>600 5th Street, NW<br>Washington, DC 20001 | *<br><br>*<br><br>* |
| | * |
| Defendants | |
| | * |

## COMPLAINT

**COMES NOW**, the Plaintiff, Gloria Wiley-Austin, by and through Counsel, Christian Ashin & Brown, P.C. and Daniel G. Bastien, Esquire, and hereby files the instant motor tort complaint for civil damages against the Defendants, Oukpamble Agbore and Washington Area Metropolitan Transit Authority (hereinafter "WMATA") and, as grounds in support thereof, respectfully states as follows:

## COUNT I

1. That jurisdiction is vested in this Court and venue is proper, as the Defendant, Agbore, is a resident of Montgomery County, Maryland and the Defendant, WMATA, is a corporation existing and doing business in the State of Maryland, Montgomery County and the amount in controversy is in excess of Seventy-Five Thousand Dollars ($75,000.00), excluding costs.

2. On, or about, August 9, 2019, the Plaintiff, Gloria Wiley-Austin, was a passenger on a Metro Access Van operated by Defendant, Oukpamble Agbore, which was in the process of picking up passengers at Providence Hospital, in Washington, DC, when, without warning, it failed to adhere to the height restrictions, striking the ceiling of the building, causing the Plaintiff to be jolted about the interior of the van, and causing the Plaintiff to sustain personal injury.

3. At all times pertinent hereto, the Plaintiff, Gloria Wiley-Austin, acted in a reasonable and non-negligent manner.

4. The Defendant, Oukpamble Agbore, was negligent in the operation of its motor vehicle in that it failed to keep a proper lookout, failed to adhere to the height restrictions, and otherwise failed to operate its vehicle in a reasonable and non-negligent manner.

5. As the direct, sole, and proximate result of Defendant, Oukpamble Agbore's negligence, the Plaintiff was caused to sustain serious and painful personal injuries to her body including, but not limited to, her neck and back. The Plaintiff incurred medical expenses, suffered pain, anguish, and other significant damages as a result of the Defendant's negligence, all to the damage of the Plaintiff in excess of Seventy-Five Thousand Dollars ($75,000.00).

**WHEREFORE,** the Plaintiff, Gloria Wiley-Austin, prays this Honorable Court to enter judgment against the Defendant, Oukpamble Agbore, in excess of Seventy-Five Thousand Dollars ($75,000.00), plus the cost of this suit and interest.

excess of Seventy-Five Thousand Dollars ($75,000.00), plus the cost of this suit and interest.

### COUNT II

6. Plaintiff restates, re-alleges, and incorporates herein by reference all of the allegations in Count I.

7. On, or about, August 9, 2019, the Plaintiff, Gloria Wiley-Austin, was a passenger on a Metro Access Van operated by Defendant, Oukpamble Agbore, and owned by

the Defendant WMATA which was in the process of picking up passengers at Providence Hospital, in Washington, DC, when, without warning, failed to adhere to the height restrictions, striking the ceiling of the building, causing the Plaintiff to be jolted about the interior of the van, and causing the Plaintiff to sustain personal injury.

8. At all times pertinent hereto, the Plaintiff, Gloria Wiley-Austin, acted in a reasonable and non-negligent manner.

9. Defendant's driver was an employee, servant, and/or agent of Defendant and was acting in the scope of his employment, servitude, and/or agency with Defendant.

10. Defendant, WMATA, is liable for the negligence of its employees, servants, and/or agents via legal doctrine of *Respondeat Superior*.

11. As the direct, sole, and proximate result of Defendant's negligence, the Plaintiff was caused to sustain serious and painful personal injuries to her body including, but not limited to, her neck and back. The Plaintiff incurred medical expenses, suffered pain, anguish, and other significant damages as a result of the Defendant's negligence, all to the damage of the Plaintiff in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00).

**WHEREFORE,** the Plaintiff, Gloria Wiley-Austin, prays this Honorable Court to enter judgment against the Defendant, Washington Metropolitan Area Transit Authority, in excess of Seventy-Five Thousand Dollars ($75,000.00), plus the cost of this suit and interest.

                                              CHRISTIAN, ASHIN & BROWN, PC

                                              Daniel G. Bastien, #BA1601
                                              CPF#:0706110013
                                              7305 Baltimore Avenue, #305
                                              College Park, Maryland 20740
                                              301-277-9171
                                              Daniel@dcmetroinjurylaw.com
                                              *Attorney for the Plaintiff*

## PRAYER FOR JURY TRIAL

The Plaintiff, Terri Haley, by and through counsel, Daniel G. Bastien and Christian, Ashin & Brown, P.C., and hereby requests a jury trial on all issues herein.

**CHRISTIAN, ASHIN & BROWN, PC**

_____
Daniel G. Bastien, #BA1601
CPF#:0706110013
7305 Baltimore Avenue, #305
College Park, Maryland 20740
301-277-9171
Daniel@dcmetroinjurylaw.com
*Attorney for the Plaintiff*
